No. 110. WILLIAM K. VANDERBILT ET AL., TRUSTEES ET AL., PLAINTIFFS IN ERROR, v. BIRD S. COLER, COMPTROLLER, ETC. In error to the Surrogate's Court of New York County, State of New York. December 1, 1902. Dismissed, per stipulation. *Mr. Chandler P. Anderson* for the plaintiffs in error. *Mr. Jabish Holmes, Jr.,* for the defendant in error.

No. 114. TEXAS AND PACIFIC RAILWAY COMPANY, PLAINTIFF IN ERROR, v. GEORGE R. L. WHITE. In error to the United States Circuit Court of Appeals for the Fifth Circuit. December 3, 1902. Dismissed with costs, on authority of counsel for the plaintiff in error. *Mr. John F. Dillon, Mr. W. S. Pierce* and *Mr. D. D. Duncan* for the plaintiff in error. *Mr. John L. Sheppard* for the defendant in error.

No. 7. AUGUSTUS BURGDORF ET AL., PLAINTIFFS IN ERROR, v. UNITED STATES TO THE USE OF THE VERMONT MARBLE COMPANY. In error to the Court of Appeals of the District of Columbia. December 11, 1902. Dismissed with costs, on motion of *Mr. William G. Johnson* for the plaintiffs in error. *Mr. J. J. Darlington, Mr. Calderon Carlisle* and *Mr. William G. Johnson* for the plaintiffs in error. *Mr. John B. Cotton* for the defendant in error.

No. 401. ELIAS F. BARNES, APPELLANT, v. DISTRICT OF COLUMBIA. Appeal from the Court of Claims. December 15, 1902. Dismissed on motion of *Mr. John C. Fay* for the appellant. *Mr. John C. Fay* and *Mr. John W. Douglass* for the appellant. *The Attorney General* for the appellee.

No. 287. GEORGE B. ROMMEL ET AL., APPELLANTS, v. COUNTY COURT OF BARBOUR COUNTY ET AL. Appeal from the Circuit Court of the United States for the Northern District of West Virginia. December 15, 1902. Dismissed, clerk's costs to be